In the United States of America
Southern District Court of Illinois

United States of America )
    Plaintiff )
v. ) Case no: 4:19-cr-40081-JPG
Donald V. Snowden )
    Defendant )
)
)

Motion for evidentary hearing to
see if its enough evidence to proceed to trial or
receive proper fair trial according to law:

(A) there's not enough facts to support
a crime was committed

(B) present evidence and Grand Jury min.

(C) there's no intent, agreement, for elements
of a crime.

(D) There's due process violations with the
Grand jury process if any statement from
a coerced interview regarding Donald V. Snowden
and officers. If presented to Grand Jury, violation
of Due process. Also, if illegal video, being in
violation of 4th Amendment of U.S. was introduced
to Grand Jury, is also a defect in the Grand
Jury proceeding.

(E) Any law conflicting with the U.S. Constitution,
becomes void.

(F) Evidentary hearing is needed before a
full trial is to begin. Testimony of evidence not
supported by oath including violation of Eavesdropping without probable cause

Donald V. Snowden
1001 Mulberry Street
Murphysboro, IL 62966

INMATE MAIL

"Legal
Mail"

MAIL CLEARED
US MARSHALS

Clerk of Court
United States District Court
301 W. Main St.
Benton, IL 62812

"Legal
Mail"

**RECEIVED**

MAY 0 5 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

LEGAL MAIL