
Honorable Judge Gilbert,

The conduct of the proceedings of my case 4:19-cr-40081-JPG are extremely biased and prejudiced. To begin with the prosecutor and my discovery. My due process is violated with how the evidence and statements from officers are in contrast to one another from one discovery I initially had with Jordan Campanella to the new discovery the attorney Paul Sims has in his possession. My ~~Forth~~ fourth amendment is violated to begin with the video and audio of a recording of me without court order. Although it doesn't reveal any evidence, its used against me as evidence. Why am I charged with drugs when I never got caught with any nor is there a distribution from me to anyone else of any drug? The prosecutor denied my bond without presenting any evidence your honor. That doesn't fulfill the requirements of 18 U.S.C. 3142. Also, According to 3142(F)(2)(B) states I can present witnesses on my behalf and cross-examine their witnesses and testify, and present information by proffer. I was denied that right by not having a detention hearing as required to detain me after arraignment. Also, under 18 U.S.C. 3142 (g) Factors to be considered states the reasons to consider and there's been nothing presented including the weight of the evidence. The next requirement is 18 U.S.C. 3142 (i) contents of detention order, by facts



and a written order with evidence supporting
the facts see (Kent S. Robinson 710 F. Supp. 2d 1065
D.N. mariana Islands 2010) This court is depriving my
liberty 5th and 8th amendments of due process.
U.S. V. Fidler 419 F. 3d at 1028 requires a hearing to be
held to determine detention. Then (U.S. V. Koeing F. 2d 1190
1192 9th cir. 1980) states the evidence supporting the
detention be supporting of facts and statements.
8 The U.S. District courts are to ensure integrity
of our justice system see (California V. Trombetta
467 U.S. 479, 485, 104 S.Ct. 2528, 81 L.Ed. 2d 413
1984) Full compliance of 3142 laws. Dr. King noted,
"the moral of the arc of the universe is long, but
it bends towards justice". My attorney filed a motion
for bond, but didn't use my rebuttal at all, he made his
own, without my witnesses or evidence, nor my testimony.
The court again violated my rights to present my due process.
I want to pursue my case pro se, I mentioned this
over and over and want to exercise my constitutional
right. I'm competent to do my civil case pro se, then
I can do this case pro se as well.

respectfully Submitted,
Donald Snowden