**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 19-40081-JPG |
| | ) | |
| vs. | ) | Title 21, United States Code, |
| | ) | Sections 841 and 846 |
| DONALD V. SNOWDEN, and | ) | Title 18, United States Code, Section 2 |
| KEVIN D. MCBRIDE, | ) | |
| | ) | |
| Defendants. | ) | |

SECOND SUPERSEDING INDICTMENT

**FILED JUN 0 9 2020**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

THE GRAND JURY CHARGES:

### Count 1
### Conspiracy to Distribute of Methamphetamine

From in or about 2018, to on or about August 1, 2019, in Jackson County, within the Southern District of Illinois, and elsewhere

DONALD V. SNOWDEN and
KEVIN D. MCBRIDE

defendants herein, did knowingly and intentionally combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute a mixture and substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2.

It is further alleged that the total amount involved in the conspiracy was fifty (50) grams or more of methamphetamine or five hundred (500) grams or more of a

mixture and substance containing methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A).

Before defendant DONALD V. SNOWDEN committed the offense charged in this count, the defendant was convicted of the offense of Unlawful Delivery of a Controlled Substance in Perry County Circuit Court case no. 05-CF-155, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before defendant DONALD V. SNOWDEN committed the offense charged in this count, the defendant was convicted of the offense of Unlawful Delivery of a Controlled Substance in Perry County Circuit Court case no. 10-CF-39, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before defendant DONALD V. SNOWDEN committed the offense charged in this count, the defendant was convicted of the offense of Unlawful Delivery of a Controlled Substance in Franklin County Circuit Court case no. 10-CF-317, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before defendant DONALD V. SNOWDEN committed the offense charged in this count, the defendant was convicted of the offense of Unlawful Delivery of a Controlled Substance in Jackson County Circuit Court case no. 10-CF-689, a serious drug felony, for which he served more than 12 months of imprisonment and for which

he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## Count 2
### Distribution of Methamphetamine

On or about August 1, 2019, in Jackson County, within the Southern District of Illinois,

**DONALD V. SNOWDEN and**
**KEVIN D. MCBRIDE**

defendants herein, did knowingly and intentionally distribute a mixture and substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that the total amount of methamphetamine involved was fifty (50) grams or more, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A).

Before defendant DONALD V. SNOWDEN committed the offense charged in this count, the defendant was convicted of the offense of Unlawful Delivery of a Controlled Substance in Perry County Circuit Court case no. 05-CF-155, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before defendant DONALD V. SNOWDEN committed the offense charged in this count, the defendant was convicted of the offense of Unlawful Delivery of a

3

Controlled Substance in Perry County Circuit Court case no. 10-CF-39, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before defendant DONALD V. SNOWDEN committed the offense charged in this count, the defendant was convicted of the offense of Unlawful Delivery of a Controlled Substance in Franklin County Circuit Court case no. 10-CF-317, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before defendant DONALD V. SNOWDEN committed the offense charged in this count, the defendant was convicted of the offense of Unlawful Delivery of a Controlled Substance in Jackson County Circuit Court case no. 10-CF-689, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

A TRUE BILL.

_____
STEVEN D. WEINHOEFT
United States Attorney

_____
AMANDA A. ROBERTSON
Assistant United States Attorney

Recommended Bond:   Detention

4