1-3-2021

Honorable Judge Phil Gilbert,

This letter is sent with respect to address my constitutional rights that are being violated. Document 120-1 which is a letter to defense counsel is addressed to defense counsel about discovery obligations from a court's order for pretrial discovery and inspection. The letter explains an agreement between prosecutor and defense attorney. As it states in the letter, I was pro se at the time, and I never agreed to any limited dissemination of materials, especially those pursuant to the Jencks Act, 18 U.S.C. § 3500 and Fed. R. Crim. P. 16.

The letter was in response to my Doc 107 motion. As in the due process clause, it states information favorable that is material to either guilt or punishment (U.S. v. Padilla) No. CR 09-3598 2011 WL 1103876. This information becomes part of Brady materials if it's exculpatory, and anytime a witness for the Government testifies or is cross-examined I'm entitled to under my due process rights 5th Amend. of U.S. Constitution. My attorney is being ineffective for letting this misconduct occur.

I have numerous prosecutorial misconduct infractions and I'm ready for trial now. I no longer want to do any negotiating. Paul isn't being effective. He lied about coming to see me on record stating his phone doesn't work or isn't compatible with the equipment to set up visits or even a phone call. Also, this case was a state joint investigation with DEA making the Illinois eavesdropping laws come into play so I want my facial challenge renewed before trial and all my motions or I no longer want

representation of counsel. The prosecution is still asking people about me so they have no interest in negotiating. You denied my civil case to renew and I can't do it right without attorney, but this case is not right. You personally dismissed cases due to enhancements without prior filing of information 851 like what happened to my first superceding indictment. Then the wrongful arrest without probable cause on 9-12-2019 when Henning beat me up. Selective prosecution, the prosecutor not fulfilling pretrial discovery obligations that are material which would be to compel discovery of any witness that testifies or is cross-examined in a jury which a grand jury is also one. Denied bail when I know I'm entitled, I have strong family ties, no passport, and evidence isn't strong. Don't you think I been through enough? Ineffective councel and more rights being violated. There's more, but I'll leave it up to a jury to convict, and appeals court to see all the misconduct. We are already looking into appellette attorneys cause this court isn't fair. I'm being violated too much. Your honor, I respect you and this court, but why is no one helping and knowing its a lot of misconduct? I sat almost a year and a half in a county jail with no sunlight or fresh air ever. Carbondale PD and Dea are in colusion to lie about rights violations, and Due process. Henning admits on my lawsuit case no: 3:19-CV-01322-JPG Document 24 that my 4th amend. and 5th Amend. due process is violated. I ask this court to suppress everything according to law, or the prosecution violates my rights. See (Brady v. Maryland)

I hereby certify that I mailed with paid postage a 2 page letter dated 1-3-2021 to Judge Phil Gilbert.

Honorable
Judge Phil Gilbert
301 W. Main St.
Benton, IL 62812

Donald
V.
Snowden
Donald V. Snowden
1001 Mulberry ST
Murphysboro, IL
62966

Donald Snowden
1001 Mulberry St.
Murphysboro, IL 62966

"Legal mail."

SAINT LOUIS MO 630
4 JAN 2021 PM 4 L

INMATE MAIL

Honorable Judge Phil Gilbert
United States District Court
301 W. Main St.
Benton, IL 62812

62812-136201

Legal mail

RECEIVED

JAN 06 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019

FSC
MIX
Envelope
FSC® C137131